BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation | ) ) ) ) ) ) **MDL Docket No. 1720** |

*Broadway Grill, Inc., v. Visa, Inc., et al,* N.D.C.A., C.A. No: 4:16-CV-04040-PJH

### PLAINTIFF BROADWAY GRILL, INC.'S NOTICE OF ORDER GRANTING LEAVE TO AMEND AND REMAND

Plaintiff Broadway Grill Inc. ("BGI"), notifies this Court that on September 27, 2016, the Hon. Phyllis J. Hamilton of the United States District Court for the Northern District of California granted BGI's Motion for Leave to File Amended Complaint and Renewed Motion for Remand. A copy of the Order is attached hereto as Exhibit 1. Judge Hamilton ordered: "Upon the filing of the amended complaint, it is further ORDERED that the Clerk immediately effect the REMAND back to the Superior Court of California, San Mateo County, and close the case on this court's docket." On September 27, 2016, BGI filed its Amended Complaint. N.D. Cal. ECF No. 30.

Subsequent to Plaintiff's filing of its Amended Complaint, Defendants Visa Inc., Visa International Service Association, and Visa U.S.A. Inc. (collectively "Visa"), filed its Motion to Stay Remand Order Pending Appeal of Defendants. N.D. Cal. ECF No. 32. On September 28, 2016, Visa filed its Petition for Permission to Appeal Under 28 U.S.C. § 1453(c)(1) From Order Granting Motion to Remand in the United States Court of Appeals for the Ninth Circuit.

Therefore, Conditional Transfer Order ("CTO") No. 22 filed July 21, 2016 (Doc. No. 346) as it pertains to BGI, BGI's opposition to the CTO (Doc. No. 349), and BGI's Motion to Vacate Conditional Transfer Order (CTO-22) and Stay Further Consideration of Transfer Pending Resolution of a Motion for Remand to State Court (Doc. Nos. 361-362), which motion was to be

decided by the Panel on September 29, 2016 in Washington, DC without oral argument (Doc. No. 357), are moot and BGI respectfully requests that the Panel vacate and/or deny CTO No. 22 as it pertains to BGI.

Dated:  September 28, 2016       Respectfully submitted,

By:   */s/ Nancy L. Fineman*

**COTCHETT, PITRE & McCARTHY, LLP**

JOSEPH W. COTCHETT (CA SBN 36324)
jcotchett@cpmlegal.com
NANCY L. FINEMAN (CA SBN 124870)
nfineman@cpmlegal.com
MARK C. MOLUMPHY (CA SBN 168009)
mmolumphy@cpmlegal.com
ANNE MARIE MURPHY (CA SBN 202540)
amuprhy@cpmlegal.com
GWENDOLYN R. GIBLIN (CA SBN 181973)
ggiblin@cpmlegal.com
840 Malcolm Road
Burlingame, California  94010
Telephone:     (650) 697-6000
Facsimile:      (650) 692-3606

*Attorneys for Plaintiff*